**MANATT, PHELPS & PHILLIPS, LLP**
Richard E. Gottlieb (State Bar No. 289370)
rgottlieb@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4236
Facsimile: (310) 312-4224

Attorneys for Defendant
CROSS RIVER BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOODRICH, MICHAEL LAJTAY, and JULIA GREENFIELD, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CROSS RIVER BANK, a New Jersey chartered bank, and DOES 1-100, inclusive,<br><br>Defendants. | No.<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>[Removal of civil action from Superior Court of California, County of Alameda, Case No. 21-CV-1723]<br><br>[Filed concurrently with:<br>(1) Notice of Removal (Federal Question);<br>(2) Certification of Interested Entities or Persons;<br>(3) Certificate of Service; and<br>(4) Civil Case Cover Sheet]<br><br>Action Filed:  November 1, 2021<br>Action Removed:  December 1, 2021 |

Pursuant to Civil R. 7.1, the undersigned counsel certifies that defendant Cross River Bank is a wholly-owned subsidiary of its parent corporation, CRB Group, Inc., and no publicly held corporation owns 10 percent or more of its stock.

Dated:   December 1, 2021          MANATT, PHELPS & PHILLIPS, LLP

                                   By:  /s/ Richard E. Gottlieb
                                         Richard E. Gottlieb

                                   Attorneys for Defendant Cross River Bank

NOTICE OF REMOVAL                                                    CASE NO. _____