1

2

3                                    UNITED STATES DISTRICT COURT

4                                    NORTHERN DISTRICT OF CALIFORNIA

5

6        ROBERT GOODRICH, et al.,                      Case No.  21-cv-09296-KAW

                        Plaintiffs,
7

8                  v.                                  **ORDER SETTING INITIAL CASE
                                                       MANAGEMENT CONFERENCE
9        CROSS RIVER BANK,                             AND ADR DEADLINES**

10                      Defendant.

11

12            IT IS HEREBY ORDERED that this action is assigned to the Honorable Kandis A.

13    Westmore.  When serving the complaint or notice of removal, the plaintiff or removing defendant

14    must serve on all other parties a copy of this order, the Notice of Assignment of Case to a United

15    States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2.

16    Plaintiffs or removing parties must file a consent or declination to proceed before a magistrate

17    judge within 14 days of the filing of the complaint or the removal.  All other parties must file a

18    consent or declination within 14 days of appearing in the case.  All parties who have made an

19    appearance must file a consent or declination within 7 days of the filing of a dispositive motion or

20    the case will be reassigned to a district court judge.  Counsel must comply with the case schedule

21    listed below unless the Court otherwise orders.

22            IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute

23    Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients

24    shall familiarize themselves with that rule and with the material entitled "Dispute Resolution

25    Procedures in the Northern District of California" on the Court ADR Internet site at

26    http://www.cand.uscourts.gov/adr.  A limited number of printed copies are available from the

27    Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

28            IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all

United States District Court
Northern District of California

parties the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern

District Of California", additional copies of which can be downloaded from the court's  Internet

website: http://www.cand.uscourts.gov.

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 12/1/2021 | Notice of Removal Filed | |
| 2/8/2022 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| 2/22/2022 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement<br><br>(also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil  L.R . 16-9 |
| 3/1/2022 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in:<br><br>Courtroom TBD<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 | Civil L.R . 16-10 |

**\*** If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference.

\*\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference.

United States District Court
Northern District of California