MANATT, PHELPS & PHILLIPS, LLP
Richard E. Gottlieb (State Bar No. 289370)
Email: rgottlieb@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendants*
CROSS RIVER BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOODRICH, MICHAEL LAJTAY, and JULIA GREENFIELD, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CROSS RIVER BANK, a New Jersey chartered bank, and DOES 1-100, inclusive.<br><br>Defendants. | Case No.: 4:21-cv-09296<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Victoria M. Tejeda, declare as follows: I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 2049 Century Park East, Los Angeles, CA 90067. On the date listed below, I served the within document(s):

- **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

on the interested parties listed below:

Grace E. Parasmo, Esq.
Yitzchak H. Lieberman, Esq.
Parasmo Lieberman Law
7119 West Sunset Blvd., No. 808
Los Angeles, CA 90046
Ph: 646.509.3913
*Attorneys for Plaintiff*

Ethan Preston, Esq.
Preston Law Offices
4054 McKinney Avenue, Suite 310
Dallas, TX 75204
Ph: 972.546.8340
*Attorneys for Plaintiff*

☒ **(VIA U.S. MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Manatt, Phelps & Phillips, LLP, Los Angeles, California following ordinary business practice. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **December 6, 2021** at Oakland, California.

*/s/ Victoria M. Tejeda*
_____
VICTORIA M. TEJEDA

400903004.1