Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiffs Robert Goodrich,
Michael Lajtay, and Julia Greenfield,
on their own behalves, and on behalf
of all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOODRICH, MICHAEL LAJTAY, and JULIA GREENFIELD, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CROSS RIVER BANK, a New Jersey chartered bank, and DOES 1-100, inclusive,<br><br>Defendants. | NOTICE OF APPEARANCE<br><br>No. 21-09296<br><br>Hon. Kandis A. Westmore |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD: PLEASE TAKE NOTICE that Ethan Preston hereby enters an appearance as counsel of record for Plaintiffs in the above-referenced actions. Please serve said counsel with all pleadings and notices in this action.

Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

Dated: December 6, 2021        By:  _____s/Ethan Preston_____
                                    Ethan Preston (263295)
                                    ep@eplaw.us
                                    PRESTON LAW OFFICES
                                    4054 McKinney Avenue, Suite 310

Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiffs Robert Goodrich, Michael Lajtay and Julia Greenfield, on their own behalves, and behalf of all others similarly situated*