Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiffs Robert Goodrich, Michael Lajtay, and Julia Greenfield, on their own behalves, and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOODRICH, MICHAEL LAJTAY, and JULIA GREENFIELD, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CROSS RIVER BANK, a New Jersey chartered bank, and DOES 1-100, inclusive,<br><br>Defendants. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>No. 3:21-cv-09296-MMC<br><br>Hon. Maxine M. Chesney |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 10, 2022        By:    s/Ethan Preston
                                                    Ethan Preston (263295)
                                                    ep@eplaw.us
                                                    PRESTON LAW OFFICES
                                                    4054 McKinney Avenue, Suite 310
                                                    Dallas, Texas 75204
                                                    Telephone: (972) 564-8340
                                                    Facsimile: (866) 509-1197

                                                    *Attorneys for Plaintiffs Robert Goodrich, Michael Lajtay and Julia Greenfield, on their own behalves, and behalf of all others similarly situated*