MANATT, PHELPS & PHILLIPS, LLP
Scott M. Pearson (CA Bar No. 173880)
Email: spearson@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4283
Facsimile: (310) 312-4224

Kyla Wyatt (CA Bar No. 329484)
Email: kwyatt@manatt.com
1215 K Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 552-2304
Facsimile: (916) 552-2323

Joseph Reilly (Admitted Pro Hac Vice)
E-mail: jreilly@manatt.com
1050 Connecticut Ave. NW, Suite 600
Washington, D.C. 20036
Telephone: (202) 585-6500
Facsimile: (202) 585-6600

*Attorneys for Defendant*
CROSS RIVER BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOODRICH, MICHAEL LAJTAY, and JULIA GREENFIELD, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CROSS RIVER BANK, a New Jersey chartered bank, and DOES 1-100, inclusive.<br><br>Defendants. | Case No. 4:21-cv-09296-MMC<br><br>Hon. Maxine M. Chesney<br><br>**STIPULATION TO EXTEND DEFENDANT CROSS RIVER BANK'S TIME TO RESPOND TO THE COMPLAINT BY 30 DAYS**<br>(Civil Local Rule 6-1(a)) |

Plaintiffs Robert Goodrich, Michael Lajtay, and Julia Greenfield ("Plaintiffs") and defendant Cross River Bank ("Defendant"), through their counsel of record, stipulate as follows:

1. Plaintiffs filed their complaint in this action (the "Complaint") in the Superior Court for the State of California, County of Alameda on November 1, 2021. Defendant was served with a copy of the Complaint on November 15, 2021.

2. On December 1, 2021, Defendant filed a Notice of Removal under 28 U.S.C. § 1441 (Federal Question) with this Court. (ECF No. 1.)

3. On December 7, 2021, Plaintiffs and Defendant filed a joint stipulation with this Court, pursuant to Civil L.R. 6-1(a), to extend the time to answer, move, or otherwise respond to the Complaint by thirty (30) days, which made the Defendant's deadline Friday, January 7, 2022. (ECF No. 6.)

4. On January 4, 2022, Plaintiffs and Defendant again filed a joint stipulation pursuant to Civil L.R. 6-1(a) to extend the time to answer, move, or otherwise respond to the Complaint to February 7, 2022. (ECF No. 15.)

5. Plaintiffs and Defendant are exploring possible resolutions of the litigation. As a result, the parties have mutually agreed to a further thirty (30) day extension of time for Defendant to answer, move, or otherwise respond to the Complaint, which will make Defendant's new deadline Monday, March 7, 2022.

6. Civil L.R. 6-1(a) provides that "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, … provided the change will not alter the date of any event or any deadline already fixed by Court order." Defendant and Plaintiffs confirm that this change will not alter the date of any event or any deadline already fixed by Court order.

Pursuant to Civil L.R. 6-1(a), the Parties therefore stipulate to extending the time for Defendant to move, answer or otherwise respond to the Complaint **to and including Monday, March 7, 2022.**



MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories below.

Dated: January 26, 2022 MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Scott M. Pearson*
Scott M. Pearson
*Attorneys for Defendant*
CROSS RIVER BANK

Dated: January 26, 2022 PARASMO LIEBERMAN LAW

By: */s/* Grace E. Parasmo
Grace E. Parasmo
Yitzchak H. Lieberman
*Attorneys for Plaintiffs*
ROBERT GOODRICH, MICHAEL LAJTAY, and JULIA GREENFIELD

Dated: January 26, 2022 PRESTON LAW OFFICES

By: */s/* Ethan Preston
Ethan Preston
*Attorneys for Plaintiffs*
ROBERT GOODRICH, MICHAEL LAJTAY, and JULIA GREENFIELD