Grace E. Parasmo (308993)
gparasmo@parasmoliebermanlaw.com
Yitzchak H. Lieberman (277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7119 West Sunset Blvd., No. 808
Los Angeles, California 90046
Telephone:  (646) 509-3913

Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiffs Robert Goodrich, Michael Lajtay, and Julia Greenfield, on their own behalves, and on behalf of all others similarly situated*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT GOODRICH, MICHAEL LAJTAY, and JULIA GREENFIELD, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CROSS RIVER BANK, a New Jersey chartered bank, and DOES 1-100, inclusive,<br><br>Defendants. | NOTICE OF DISMISSAL<br><br>No. 3:21-cv-09296-MMC<br><br>Hon. Maxine M. Chesney |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Michael Lajtay dismisses all his claims alleged in the pending complaint without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Dated: February 4, 2022         By:   s/Ethan Preston
                                           Grace E. Parasmo (308993)
                                           gparasmo@parasmoliebermanlaw.com
                                           Yitzchak H. Lieberman (277678)
                                           ylieberman@parasmoliebermanlaw.com
                                           PARASMO LIEBERMAN LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7119 West Sunset Blvd., No. 808
Los Angeles, California 90046
Telephone: (646) 509-3913

Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiffs Robert Goodrich, Michael Lajtay, and Julia Greenfield, on their own behalves, and behalf of all others similarly situated*