IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA GREENFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CROSS RIVER BANK,<br><br>　　　　Defendant. | Case No. 21-cv-09296-MMC<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CLARIFY EFFECT OF JULY 26, 2022, ORDER; DEEMING PLAINTIFF'S MOTION TO DISMISS/STRIKE WITHDRAWN** |

　　　　Before the Court is plaintiff Julia Greenfield's Administrative Motion, filed August 1, 2022, "to Clarify the Effect of the Court's July 26, 2022 Order."  Defendant Cross River Bank has filed opposition.  Having read and considered the parties' respective written submissions, the Court hereby GRANTS the motion and provides the following clarification.

　　　　On July 7, 2022, plaintiff filed a "Motion to Dismiss Defendant Cross River Bank's Counterclaim and Strike Its Answer" ("Motion to Dismiss/Strike"), which Motion presently is set for hearing August 26, 2022.  On July 26, 2022, the Court granted defendant's "Motion to Strike Class Allegations" and afforded plaintiff leave to file a First Amended Complaint ("FAC").  By the instant Administrative Motion, plaintiff seeks clarification as to whether the FAC, which she subsequently timely filed on August 15, 2022, moots her Motion to Dismiss/Strike.

　　　　As defendant acknowledges, it will file an amended answer to address the new allegations in the FAC.  (See Def.'s Opp. at 2:20-21.)  Upon the filing of such amended answer, the current answer will be superseded.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967) (holding amended pleading "supersedes the original, the latter being treated

1  thereafter as non-existent"); <u>Goldstone v. Payne</u>, 94 F.2d 855, 856 (2nd Cir. 1938)
2  (noting "amended answer supersede[s] the original answer").  As a result, the Motion to
3  Dismiss/Strike will, at that point, become moot.  Under the circumstances, the Court finds
4  it appropriate, in the interests of avoiding an unnecessary expenditure of funds and time,
5  to discontinue briefing on plaintiff's Motion to Dismiss/Strike.[1]

   Accordingly, plaintiff's Motion to Dismiss/Strike is hereby deemed withdrawn, without prejudice to refiling after defendant files its amended answer.

   **IT IS SO ORDERED.**

Dated: August 16, 2022

MAXINE M. CHESNEY
United States District Judge

---

[1] Although defendant has filed opposition to the Motion to Dismiss/Strike, plaintiff has not filed a reply thereto.