IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA GREENFIELD,<br><br>    Plaintiff,<br><br>  v.<br><br>CROSS RIVER BANK,<br><br>    Defendant. | Case No. 21-cv-09296-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY; VACATING HEARING** |

Before the Court is defendant Cross River Bank's "Motion for Protective Order to Temporarily Stay Discovery," filed October 24, 2022. Plaintiff Julia Greenfield has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, VACATES the hearing scheduled for December 9, 2022, and rules as follows.

In the operative complaint, the First Amended Complaint, plaintiff asserts two claims: (1) the First Cause of Action, by which she alleges, on her own behalf and on behalf of a putative class, a claim under 15 U.S.C. § 1691(d)(3) and 12 C.F.R. § 1002.9; and (2) the Second Cause of Action, by which she alleges, on her own behalf only, a claim under 15 U.S.C. § 1691(a)(3) and 12 C.F.R. § 1002.4(e). By the instant motion, defendant seeks to stay all discovery pending resolution of its motions to dismiss the Second Cause of Action and to strike plaintiff's class allegations.[1]

---

[1] By separate order filed concurrently herewith, the Court has taken those two motions under submission.

1  To the extent defendant seeks to stay discovery on the Second Cause of Action, as well as on the class claim included within the First Cause of Action, the motion, for the reasons stated by defendants (see Def.'s Mot. for Protective Order at 4:11-5:4, 5:9-6:19) is hereby GRANTED, and discovery on said claims is hereby STAYED pending resolution of defendant's motions to dismiss the Second Cause of Action and strike the class allegations.

To the extent defendant seeks to stay discovery on plaintiff's individual claim included within the First Cause of Action, the motion is hereby DENIED, there being no challenge by defendant to the sufficiency of said individual claim.

Lastly, the Court declines to grant plaintiff's request, included in her opposition, seeking an order directing defendant to show cause why it should not be required to respond to certain of plaintiff's outstanding discovery requests. As plaintiff acknowledges, the parties have yet to meet and confer as to which of plaintiff's discovery requests pertain to the individual claim included in the First Cause of Action. See Civil L.R. 37-1(a) (providing "[t]he Court will not entertain a request or a motion to resolve a disclosure or discovery dispute unless . . . counsel have previously conferred for the purpose of attempting to resolve all disputed issues").

**IT IS SO ORDERED.**

Dated: December 6, 2022

MAXINE M. CHESNEY
United States District Judge