**MANATT, PHELPS & PHILLIPS, LLP**
Scott M. Pearson (CA Bar No. 173880)
Email: SPearson@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000

C. Ryan Fisher (CA Bar No. 312864)
Email: CFisher@manatt.com
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Telephone: (714) 371-2500

**FREEMAN MATHIS & GARY, LLP**
Chad Weaver (SBN 191984)
cweaver@fmglaw.com
David M. Liu (SBN 216311)
david.liu@fmglaw.com
3030 Old Ranch Parkway, Suite 200
Seal Beach, California 90740
Tel: 562.583.2126

Attorneys for Defendant and Counter-claimant
CROSS RIVER BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| JULIA GREENFIELD, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROSS RIVER BANK, a New Jersey chartered bank, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:21-cv-09296-MMC<br><br>Hon. Maxine M. Chesney<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE CONCERNING CROSS RIVER BANK'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>[Filed concurrently with Declaration of C. Ryan Fisher]<br><br>(N.D. Cal. Civ. L.R. 6-1(b), 6-2) |

CROSS RIVER BANK, an FDIC-insured bank chartered in New Jersey,

    Counter-Claimant,

  v.

JULIA GREENFIELD, an individual,

    Counter-Defendant.

Pursuant to Civ. L.R. 6-1(b) and 6-2, plaintiff and counter-defendant Julia Greenfield ("Greenfield") and defendant and counter-claimant Cross River Bank ("CRB"), through their counsel of record, hereby stipulate to modify the briefing schedule as to CRB's Motion for Summary Judgment ("Motion") (ECF No. 111), filed July 21, 2023, as outlined below.

1. This Stipulation follows the July 21, 2023 Case Management Conference, at which the parties agreed on the record to stipulate to a modified briefing and hearing schedule for CRB's pending Motion for Summary Judgment. The Court indicated that it would approve a modified schedule so long as the briefing is completed with sufficient time for the Court to review the submitted briefing before the hearing.

2. Good cause supports granting this stipulation as lead trial counsel for CRB, Scott Pearson, will be out of the country on a long-planned family vacation from July 29, 2023 through August 12, 2023. Without this stipulation, all remaining briefing would be due to the Court while Mr. Pearson is away.

3. At the time of the CMC, CRB had not yet filed its motion. Now that she has had an opportunity to review the motion, Greenfield believes summary judgment is premature as discovery is ongoing and she is unable to present facts essential to justify her opposition. Therefore, Greenfield will file an application under Fed. R. Civ. P. 56(d) to defer considering the motion or deny it entirely; allow time to obtain declarations and to take discovery; and/or issue an appropriate order. This Stipulation is not intended to, and shall not, preclude Greenfield from seeking such relief or requesting further modification of the schedule.

4. The parties stipulate and agree to the following schedule for the motion: Greenfield's opposition and/or application under Rule 56(d) shall be due on or before August 18, 2023. CRB's reply shall be due on or before September 1, 2023. The hearing shall take place on September 22, 2023, at a time selected by the Court, or on a subsequent date convenient for the Court.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in

Attorneys At Law

1
JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE; [PROPOSED] ORDER
CASE NO. 3:21-CV-09296-MMC

the filing of this document has been obtained from the signatories below.

Dated: July 28, 2023     So Stipulated and Respectfully Submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ C. Ryan Fisher*
Scott M. Pearson
C. Ryan Fisher

*Attorneys* for Defendant and Counter-claimant
CROSS RIVER BANK

Dated: July 28, 2023     PARASMO LIEBERMAN LAW

By: */s/ Grace E. Parasmo*
Grace E. Parasmo

*Attorney* for Plaintiff and Counter-defendant
JULIA GREENFIELD

Dated: July 28, 2023     PRESTON LAW OFFICES

By: */s/ Ethan Preston*
Ethan Preston

*Attorney* for Plaintiff and Counter-defendant
JULIA GREENFIELD

**[PROPOSED] ORDER**

Pursuant to the stipulation submitted by plaintiff and counter-defendant Julia Greenfield ("Greenfield") and defendant and counter-claimant Cross River Bank ("CRB"), and good cause appearing, Greenfield's application under Fed. R. Civ. P. 56(d) and/or opposition to CRB's Motion for Summary Judgment (ECF No. 111) shall be due on or before August 18, 2023. CRB's reply shall be due on or before September 1, 2023. The hearing on CRB's Motion shall proceed at 9:00 am/~~pm~~ on September 22, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 31, 2023

Hon. Maxine M. Chesney
United States District Judge

402318070.2