IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA GREENFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CROSS RIVER BANK,<br><br>　　　　Defendant. | Case No. 21-cv-09296-MMC<br><br>**ORDER GRANTING JOINT REQUEST TO VACATE CURRENT SCHEDULING ORDER AND ALL OTHER HEARINGS AND DEADLINES; DIRECTIONS TO PARTIES** |

Before the Court is the parties' Joint Notice of Settlement, filed December 8, 2023, whereby the parties jointly request that, in light of their having reached a settlement in principal, the Court vacate the current Scheduling Order (Doc. 131) and all other hearings and deadlines.

Good cause appearing, the parties' joint request is hereby GRANTED, and the Court hereby VACATES the current Scheduling Order and all other hearings and deadlines, with the expectation that the parties will file a Joint Stipulation for Dismissal within 45 days.

In the event a Joint Stipulation for Dismissal is not filed by February 1, 2024, the parties shall file, no later than February 1, 2024, a joint statement apprising the Court of the status of the settlement.

**IT IS SO ORDERED.**

Dated: December 13, 2023

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge